

**JOHN D. LOVI**
MANAGING PARTNER

P: (212) 779 3070 x 104
F: (212) 779 3070
john@blackstone-law.com

June 21, 2023

*Via ECF*

Hon. Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Voe v. Does 1-9*, 20-cv-05737 (EDNY) (AYS)

Dear Magistrate Judge Shields:

This firm represents the Plaintiff in the above-referenced matter and submits this Status Report in response to your June 14, 2023 Order. Our law firm is retiring from the full-time practice of law, and we have been transitioning our clients to new counsel. Our client in this matter has been interviewing other counsel and has requested 30 days to complete that process and have new counsel enter an appearance.

As you may recall, this action was filed against various unknown persons responsible for various malicious on-line attacks against our client. With the assistance of this Court in prior orders, we have been able to obtain some third-party discovery that we believe may reveal the identity of the person or persons legally responsible for these attacks. The client has been apprised of this information and is consulting with new counsel about the best litigation strategy.

In the event Plaintiff is unable to retain new counsel before the 30-day period, we are prepared to file a Notice of Voluntary Dismissal of the case without prejudice under Rule 41(a)(1) (A), thereby preserving our client's options should they decide later to pursue the matter.

              Respectfully submitted,

              John D. Lovi