UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>                    Plaintiff,<br><br>    -against-<br><br>JOHN DOES 1–9,<br><br>                    Defendants. | **Notice of Appearance**<br><br>Case No.: 20-cv-5737 |

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiff in the above-referenced action, and requests that copies of all notices and papers filed in connection with the action be sent to the address stated below.

Dated:  New York, New York
        September 6, 2023

**Daniel Szalkiewicz & Associates, P.C.**

*/s/     Daniel S. Szalkiewicz*
      *Cali P. Madia*
By:    Daniel S. Szalkiewicz, Esq.
       Cali P. Madia, Esq.
23 West 73rd Street, Suite 102
New York, New York 10023
(212) 706-1007
daniel@lawdss.com
cali@lawdss.com
*Attorneys for Plaintiff*