UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-9,<br><br>        Defendants. | Order to Show Cause<br>Case No. 20-cv-5737 |

      Upon the Affidavit of Victor Voe, sworn to the 3rd day of January, 2024, upon the Declaration of Daniel Szalkiewicz, affirmed the 3rd day of January, 2024, upon the accompanying Memorandum of Law, and upon the complaint, it is ORDERED, that the defendants show cause before this Court, at Room____, United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on _____ ____, 2024 at ____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 10 of the Federal Rules of Civil Procedure granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as Victor Voe in all filings, and not otherwise publicly identify Plaintiff, and for sealing the docket in its entirety, and

      it is further ORDERED that, pending the hearing of this application, Plaintiff shall be permitted to proceed under the name Victor Voe and;

      it is further ORDERED that, pending the hearing of this application, the docket shall be sealed from the public, and

      it is further ORDERED that a copy of this order, together with the papers upon which it is granted, and a copy of the Summons and Complaint, be personally served upon the defendants

on or before _____, \_\_\_\_\_2024 and that such service be deemed good and sufficient.

Dated: _____, New York

_____
UNITED STATES DISTRICT JUDGE
