DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023

Attorneys for the Plaintiff VICTOR VOE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-9,<br><br>        Defendants. | Case No. 20-cv-5737 |

This matter having come before the Court on the motion of Plaintiff Victor Voe by his counsel, Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym and to Seal the Docket; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion for Leave to Proceed under Pseudonym and seal the Docket is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to Victor Voe; and it is further

**ORDERED** that any documents containing references to Plaintiff's actual name, social media username, phone number, address, hometown, work and employment information, partner(s), and/or other information identifying Plaintiff are to be redacted accordingly, with

unredacted versions filed under seal if necessary; and it is further

**ORDERED** that any documents attempting to publicly identify Plaintiff by photograph or video in an effort to undermine his ability to proceed pseudonymously are to be redacted accordingly, with unredacted versions filed under seal if necessary.

_____