Civil Action No. 2:20-cv-05737-RER-AYS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dylan Yamamoto s/h/a John Doe 2 was received by me on *(date)* February 8, 2024.

[X] I personally served the summons on the individual at *(place)* 94-1053 Haleaina Street, Waipahu, HI 96797 on *(date)* Wed, Feb 14 2024 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees for services $160.16.

I declare under penalty of perjury that this information is true.

Date: 02/14/2024

*Server's signature*

Nelson Tamayori
Authorized Hawaii Process Server

*Printed name and title*

Hawaii Process Services
3079 N 575 E
North Ogden, UT 84414
808-557-5615

*Server's address*

Additional information regarding attempted service, etc.:
DOCUMENTS SERVED:
Summons In a Civil Action; Notice of Electronic Filing; First Amended Complaint