AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-05737-RER-AYS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wayne Yamamoto s/h/a John Doe 1 was received by me on *(date)* February 8, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Dylan Yamamoto, a person of suitable age and discretion who resides there, on *(date)* Wed, Feb 14 2024, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees for services $160.16.

I declare under penalty of perjury that this information is true.

Date: 02/14/2024

*Server's signature*

Nelson Tamayori
Authorized Hawaii Process Server

*Printed name and title*

Hawaii Process Services
3079 N 575 E
North Ogden, UT 84414
808-557-5615

*Server's address*

Additional information regarding attempted service, etc.:
**DOCUMENTS SERVED:**
Summons In a Civil Action; Notice of Electronic Filing; First Amended Complaint