AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-5737 |
| JOHN DOES 1-9, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Wayne Yamamoto and Dwayne Yamamoto.

Date: March 4, 2024

s/Stephen P. Farrelly
*Attorney's signature*

Stephen P. Farrelly SF7884
*Printed name and bar number*

ELLIS GEORGE LLP
152 West 57th Street, 28th Floor
New York, New York 10019
*Address*

sfarrelly@ellisgeorge.com
*E-mail address*

(212) 413-2600
*Telephone number*

(212) 413-2629
*FAX number*