UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**Victor Voe,**
    **Plaintiff,**
    vs.
**John Does 1-9,**

-----------------------------------------------------------X

<u>**Civ No 20-05737-RER-AYS**</u>

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
**Daniel S. Szalkiewicz**
**23 West 73rd Street, New York, NY 10023**

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Mateo Caballero** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Caballero Law** and a member in good standing of the bar(s) of the State(s) of **Hawai'i, California, D.C., and NY**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Wayne Yamamoto and Dylan Yamamoto**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: March 25, 2024

_____
Signature of Movant
Firm Name **Mateo Caballero**
Address **693 Crockett Ave.**
    **Campbell, CA 95008**
Email **mateo@caballero.law**
Phone **(808) 600-4749**