UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Victor Voe

                Plaintiff(s),

v.

John Does 1-9

                Defendant(s).

Civ. No. 20:5737-RER-AYS

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PRINT

---

I, Mateo Caballero, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Caballero Law LLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Hawai'i, California, D.C., and New York.
4. There are no pending disciplinary proceedings against me in any state or federal court  True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 10081 (HI), 345086 (CA), 993568 (DC), 4585030 (NY)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Civ. No. 20:5737-RER-AYS for Defendant Wayne Yamamoto and Dylan Yamamoto.

Date 3/14/2024
Campbell, CA

NOTARIZED

See Attached Jurat / Ack

Signature of Movant
Firm Name Caballero Law LLLC
Address 693 Crockett Ave.
Campbell, CA 95008

Email mateo@caballero.law
Phone (808) 600-4749

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 14TH day of March, 2024, by MATEO CABALLERO, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

G. KHALIQ
COMM. # 2401207
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. FEBRUARY 4, 2026

(Seal)                         Signature G-/A