

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Mateo Caballero

was duly qualified and admitted on July 9, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 05, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*