# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**MATEO CABALLERO**

Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **Mateo Caballero** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on January 10, 2014. This attorney's current status is active and they are presently in good standing.

DATED:    Honolulu, Hawai'i, March 8, 2024.

*Kristy T. Uemura*
Clerk, Supreme Court of Hawai'i