UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE, | Case No. 2:20-cv-05737-RER-AYS |
| Plaintiff, | |
| – against – | **[PROPOSED] ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE** |
| JOHN DOES 1–9, | |
| Defendants. | |

The motion for admission to practice pro hac vice in the above captioned matter is granted.

The admitted attorney Mateo Caballero is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants Wayne Yamamoto and Dylan Yamamoto.

A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____, 2024

_____
United States Magistrate Judge