AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| VICTOR VOE, <br> *Plaintiff* <br> v. <br> JOHN DOES 1-9, <br> *Defendant* | ) ) ) ) ) <br> Case No. 2:20-cv-05737-RER-AYS |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Wayne Yamamoto and Dylan Yamamoto                                .

Date:  March 27, 2024                                 s/ Mateo Caballero
                                                              *Attorney's signature*

                                                   Mateo Caballero (pro hac vice) NY4585030
                                                              *Printed name and bar number*

                                                   CABALLERO LAW
                                                   693 Crcockett Ave.
                                                   Campbell, CA 95008
                                                              *Address*

                                                   mateo@caballero.law
                                                              *E-mail address*

                                                   (808) 600-4749
                                                              *Telephone number*


                                                              *FAX number*