

Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Stephen P. Farrelly
212.413.2610
sfarrelly@ellisgeorge.com

April 25, 2024

**VIA CM/ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Voe v. Does*, Case No. 20-cv-5737-RER-AYS:
Defendants' Request for Remote Appearance

Dear Judge Reyes:

This firm, along with Mateo Caballero of Caballero Law PLLC, represents Defendants Wayne Yamamoto and Dylan Yamamoto in the above-captioned matter. We write to respectfully request that Mr. Caballero be permitted to appear remotely at the upcoming May 14, 2024 pre-motion conference to discuss the anticipated motion to dismiss and the arguments raised in the parties' pre-motion letters.

Mr. Caballero would like to appear at the pre-motion conference to present the arguments raised in Defendants' pre-motion letter. His second child is due in the next several days, and he will be unable to travel to New York with a newborn just brought home. For this reason, we respectfully request that Mr. Caballero be permitted to appear either telephonically or via videoconference.

Respectfully submitted,

Stephen P. Farrelly

SPF

cc: All counsel of record (via CM/ECF)

2410172.1

www.EllisGeorge.com