# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 05/14/2024     **Time in Court:** 2:00 PM to 2:27 PM

**Docket Number:** 20-cv-5737

**Case Title:** Voe v. Does 1-9

**Court Reporter:** N/A     **FTR Log:** RER Webex Audio

**Law Clerk:** MH

**Plaintiff(s)/Petitioner represented by:**

Daniel Szalkiewicz

Cali Madia (to file a notice of appearance)

**Defendant(s)/Respondent represented by:**

Mateo Caballero

Steven Ferrelly

**Type of Hearing Held:** Video Conference-Pre Motion Hearing

**Pending Motion(s):** N/A

**TEXT:**

Case called. Discussion held. Counsel for Plaintiff and Defendants shall file a joint status update by <b>Friday, May 17, 2024</b>, indicating whether the parties are willing to go to mediation. Should either party not agree to participate in mediation, Counsel shall include a joint proposed briefing schedule for Defendants' motion to dismiss in the status update.