

Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Stephen P. Farrelly
212.413.2610
sfarrelly@ellisgeorge.com

May 17, 2024

Via CM/ECF

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Voe v. Does</u>, Case No. 20-cv-5737-RER-AYS: Parties Agree to Mediation

Dear Judge Reyes:

    We represent Defendants Wayne Yamamoto and Dylan Yamamoto in the above-captioned case. We submit this letter pursuant to the Court's direction at the pre-motion conference held on Tuesday, May 14, 2024. We write with consent of the Plaintiff.

    The parties have agreed to attempt to resolve the dispute via mediation and respectfully request that the Court refer this matter to the ADR Administrator to propose a slate of mediators.

    Respectfully submitted,

    /s/ Stephen P. Farrelly

    Stephen P. Farrelly

SPF

cc: all counsel of record via CM/ECF