# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

June 13, 2024

**Via ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:   Voe v. Does 1-9,*
*1:20-cv-05737 (EDNY) (AYS)*

Dear Judge Reyes,

Our firm represents Plaintiff in the above-referenced matter. As the court is aware, this matter has been referred to mediation. The court directed that a mediator be selected by June 13, 2024. Our firm just completed a trial and are currently in the process of reviewing the list of proposed mediators sent by the defendants with our client. We respectfully request that the deadline be extended until June 20, 2024, to select a mediator.

Thank you very much in advance for your consideration.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
**daniel@lawdss.com**