

Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Stephen P. Farrelly
212.413.2610
sfarrelly@ellisgeorge.com

File No. 10201-001

September 20, 2024

**VIA EMAIL**

Daniel S. Szalkiewicz, Esq.
Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023

    Re:    <u>Voe v. Does</u>, Case No. 20-cv-5737-RER-AYS:  Defendants' Motion to Dismiss

Dear Mr. Szalkiewicz:

    We represent Defendants Wayne Yamamoto and Dylan Yamamoto (collectively "Defendants") in the above-captioned matter.  Pursuant to the Court's docket order entered on September 3, 2024, granting Defendants' leave to file a motion to dismiss, please find enclosed Defendants' motion to dismiss as listed below:

(i)    Notice of Motion to Dismiss;
(ii)    Declaration of Stephen P. Farrelly in Support of Defendants' Motion to Dismiss dated September 20, 2024, with Exhibit 1;
(iii)    Declaration of Dylan Yamamoto dated September 18, 2024;
(iv)    Declaration of Wayne Yamamoto dated September 18, 2024; and
(v)    Memorandum of Law in Support of Defendants' Motion to Dismiss.

    Please further note that pursuant to the Court's docket order, Defendants' Motion to Dismiss is due by September 20, 2024, Opposition papers are due by October 21, 2024, and Reply papers are due by November 4, 2024.

    Kind regards,

    Stephen P. Farrelly

cc:    The Honorable Ramon E. Reyes, Jr., U.S.D.J. (via CM/ECF)

2461542