# Daniel Szalkiewicz
# & Associates

23 West 73rd Street         T: (212) 706-1007
Suite 102                   F: (646) 849-0033
New York, NY 10023          lawdss.com

October 21, 2024

**<u>Via ECF</u>**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:    Voe v. Does 1-9,*
        *1:20-cv-05737 (EDNY) (AYS)*

Dear Judge Reyes,

Our firm represents plaintiff in the above-referenced matter.  I apologize for the lateness of this letter, but I write to respectfully request a 7-day extension of time to file our opposition papers to defendants' motion to dismiss.  Between the recent holidays, our firm's retention on two election law matters that required immediate attention, and a person reason, the extra time would be extremely appreciated.  Counsel for defendant consents to our application.  As it currently stands, plaintiff's opposition papers are due October 21, 2024, and defendants' reply are due November 4, 2024.  Our proposed amended scheduling order is:

- Plaintiff's opposition papers due October 28, 2024;
- Defendants' reply papers due November 11, 2024.

This is plaintiff's first request to adjourn the motion.  I thank opposing counsel for their courtesy and the court in advance for its consideration.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
**daniel@lawdss.com**

Daniel Szalkiewicz & Associates, P.C.