# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

October 28, 2024

**Via Email Only**
Ellis George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

*Re:   Voe v. Does 1-9,*
*1:20-cv-05737 (EDNY) (AYS)*

Dear Mr. Farrelly,

Our firm represents plaintiff in the above-referenced matter. Attached please find:
1. Plaintiff's Notice of Cross Motion to Amend;
2. Declaration of Daniel Szalkiewicz in opposition to defendants' motion to dismiss and in support of plaintiff's cross motion;
3. Declaration of Victor Voe;
4. Memorandum of law in opposition to defendants' motion to dismiss and in support of plaintiff's cross motion
5. Exhibit 1-6.

Please feel free to contact me with any questions or concerns.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
**daniel@lawdss.com**