UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>            Plaintiff,<br><br>– against –<br><br>JOHN DOES 1–9,<br><br>            Defendants. | Case No. 2:20-cv-05737-RER-AYS<br><br>**NOTICE OF MOTION**<br>**TO DISMISS** |

PLEASE TAKE NOTICE that, upon the Declaration Stephen P. Farrelly in Support of Defendants' Motion to Dismiss, and the exhibit annexed thereto; the Declaration of Wayne Yamamoto dated September 18, 2024, the Declaration of Dylan Yamamoto dated September 18, 2024, and the Memorandum of Law in support of Defendants' Motion to Dismiss, the Defendants Wayne Yamamoto and Dylan Yamamoto, by their attorneys, Ellis George LLP, will move this Court before the Honorable Ramon E. Reyes, Jr., U.S.D.J., in Room 2E North at the United States Court located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time selected by the Court, for an Order pursuant to Fed. R. Civ. P. Rules 7 and 12(b)(2) and (6), to dismiss the Plaintiff's First Amended Complaint (the "FAC" [ECF No. 17]), and to grant such other, further, and different relief as the Court deems just and proper; on the grounds that (1) all claims asserted in the FAC are barred by the applicable statutes of limitations because the allegations in the FAC do not relate back under applicable law; (2) even if all claims were not time barred, the Court lacks personal jurisdiction over the Yamamotos, who reside in Hawaiʻi and have no contacts with New York, and (3) the claims for intentional infliction of emotional distress ("IIED") and fraud fail to state a claim under the doctrine of group pleading and because the fraud claim is not pleaded with particularity.

2460230.1

Dated: New York, New York
September 20, 2024

                ELLIS GEORGE LLP

                By: /s/ Stephen P. Farrelly
                    Stephen P. Farrelly
                Carnegie Hall Tower
                152 West 57th Street, 28th Floor
                New York, New York 10019
                Telephone: (212) 413-2600
                Facsimile: (212) 413-2629
                sfarrelly@ellisgeorge.com

                -and-

                CABALLERO LAW
                Mateo Caballero (*pro hac vice*)
                693 Crockett Avenue
                Campbell, California 95008
                Telephone: (808) 600-4749
                mateo@caballero.law
                *Attorneys for Defendants Wayne Yamamoto and Dylan Yamamoto*

TO: Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Fax: (646) 849-0033
daniel@lawdss.com
*Attorneys for Plaintiff, Victor Voe*