UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>                    Plaintiff,<br><br>– against –<br><br>JOHN DOES 1–9,<br><br>                    Defendants. | Case No. 2:20-cv-05737-RER-AYS<br><br>**DECLARATION OF STEPHEN P. FARRELLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

STEPHEN P. FARRELLY, an attorney at law duly admitted to practice before the Courts of the State of New York and the United States District Court for the Eastern District of New York, hereby declares as follows:

1. I am a member of Ellis George LLP, attorneys for Defendants Wayne Yamamoto and Dylan Yamamoto (collectively "Defendants"). I respectfully submit this Declaration in connection with Defendants' motion to dismiss Plaintiff's First Amended Complaint. As counsel for Defendants, I have personal knowledge of the record in this action, and this document is part of that record.

2. Attached hereto is a true and correct copy of the Plaintiff's First Amended Complaint, dated January 31, 2024, ECF No. 17.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 20, 2024                                    /s/ Stephen P. Farrelly
                                                                Stephen P. Farrelly

2461780.1