UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>            Plaintiff,<br><br>  – against –<br><br>JOHN DOES 1–9,<br><br>           Defendants. | Case No. 2:20-cv-05737-RER-AYS<br><br>**DECLARATION OF**<br>**WAYNE YAMAMOTO** |

I, Wayne Yamamoto, declare as follows:

1. I have first-hand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I work as an accountant for a hospitality business on Oahu.

3. Since 2005, I have lived at 94-1053 Haleaina Street, Waipahu, HI, 96797.

4. When he was in high school, my son Dylan lived at home with me. After he finished college, he moved back in with me.

5. I have always identified as male.

6. I have never traveled to the State of New York.

7. I have never conducted business in the State of New York

8. I have never derived any revenue from within the State of New York.

9. I do not own any real property in the State of New York.

10. I do not have any other connections to the State of New York.

11. I was not aware of this lawsuit until I was served with the summons and First Amended Complaint in February of 2024.

2439679.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Waipahu, Hawaiʻi on the 18 day of September, 2024.

_____
WAYNE YAMAMOTO