UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VICTOR VOE,

        Plaintiff,

- against-

JOHN DOES 1-9,

        Defendants.

Case No. 2:20-cv-05737-RER-AYS

**DECLARATION OF DYLAN YAMAMOTO**

I, Dylan K. Yamamoto, declare as follows:

1. I have first-hand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. After completing my bachelor's degree in Media Studies and Art in 2020, I moved back in with my father and have been living at home in Waipahu, Hawai'i since.

3. In 2015, I was a sixteen-year-old teenager living at home with my father. At the time, I was a high-school junior or senior.

4. I have always identified as male.

5. I have never traveled to the State of New York.

6. I have never conducted business in the State of New York

7. I have never derived any revenue from within the State of New York.

8. I do not own any real property in the State of New York.

9. I do not have any other connections to the State of New York.

10. I was not aware of this lawsuit until I was served with the summons and First Amended Complaint in February of 2024.

2439689.2

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Waipahu, Hawaiʻi on the 18 day of September, 2024.

_____
DYLAN YAMAMOTO