# Exhibit 1

| VideoID | Title | User ID | Site ID | Status | Privacy | Length | Views Count | Front URL | SubmittedOn | UploadPlatform | Vorigin Link | Dateremoved | Uploader IP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309528641 | Young straight jock cums | 569933911 | 0 | Removed | community | 4:08 | 2103 | https://www.pornhub.com/view_video.php?viewkey=ph55ad554cb098 | 5/2/20 11:13 | PC | https://internal-origin.pornhub.com/videos/202005/02/309528641/original_309528641.mov | 8/25/20 1:30 | 0.0.0.0 |
| 309527381 | Straight muscle frat guy | 569933911 | 0 | Removed | community | 8:15 | 875 | https://www.pornhub.com/view_video.php?viewkey=ph5ead5416b2d6c | 5/2/20 11:07 | PC | https://internal-origin.pornhub.com/videos/202005/02/309527381/original_309527381.mov | 8/25/20 1:30 | 0.0.0.0 |
| 306181511 | Verbal guy (not straight) | 569933911 | 0 | Removed | private | 11:36 | 1067 | https://www.pornhub.com/view_video.php?viewkey=ph5e9fc3d865d94 | 4/22/20 4:12 | PC | https://internal-origin.pornhub.com/videos/202004/22/306181511/original_306181511.mov | 8/25/20 1:30 | 0.0.0.0 |
| 306176841 | Straight guy shows his huge cock | 569933911 | 0 | Removed | community | 3:50 | 460 | https://www.pornhub.com/view_video.php?viewkey=ph5e9f0dabc6f62 | 4/22/20 3:47 | PC | https://internal-origin.pornhub.com/videos/202004/22/306176841/original_306176841.mov | 8/25/20 1:30 | 0.0.0.0 |
| 306176741 | Straight muscle guy cums | 569933911 | 0 | Removed | community | 0:46 | 200 | https://www.pornhub.com/view_video.php?viewkey=ph5e9f0dabad019 | 4/22/20 3:46 | PC | https://internal-origin.pornhub.com/videos/202004/22/306176741/original_306176741.mov | 8/25/20 1:30 | 0.0.0.0 |
| 304055522 | Straight guy from my skype video | 569933911 | 0 | Removed | private | 3:46 | 200 | https://www.pornhub.com/view_video.php?viewkey=ph5e9f57247f1228 | 4/15/20 19:25 | PC | https://internal-origin.pornhub.com/videos/202004/15/304055522/original_304055522.mp4 | 8/25/20 1:28 | 0.0.0.0 |
| 302329102 | Cat guy on omegle | 569933911 | 0 | Removed | community | 8:24 | 3201 | https://www.pornhub.com/view_video.php?viewkey=ph5e97517a4e422 | 4/10/20 21:14 | PC | https://internal-origin.pornhub.com/videos/202004/10/302329102/original_302329102.mov | 8/25/20 1:30 | 0.0.0.0 |
| 301665802 | 13 year old teenager cums for me | 569933911 | 0 | Removed | private | 3:53 | 0 | https://www.pornhub.com/view_video.php?viewkey=ph5e8e5d89874fc | 4/8/20 23:27 | PC | https://internal-origin.pornhub.com/videos/202004/08/301665802/original_301665802.mov | 4/9/20 8:45 | 0.0.0.0 |
| 301663622 | Straight guy thought I was a girl and jacks off | 569933911 | 0 | Removed | private | 1:21 | 187 | https://www.pornhub.com/view_video.php?viewkey=ph5e8e5b8bd86bd | 4/8/20 23:18 | PC | https://internal-origin.pornhub.com/videos/202004/08/301663622/original_301663622.mov | 8/25/20 1:30 | 0.0.0.0 |
| 301663242 | Old guy talks dirty | 569933911 | 0 | Removed | community | 1:38 | 1847 | https://www.pornhub.com/view_video.php?viewkey=ph5e8e52a4e87b5 | 4/8/20 23:17 | PC | https://internal-origin.pornhub.com/videos/202004/08/301663242/original_301663242.mov | 8/25/20 1:30 | 0.0.0.0 |
| 299929482 | Snapchat leak nude | 569933911 | 0 | Removed | private | 0:06 | 49 | https://www.pornhub.com/view_video.php?viewkey=ph5e8791bc7ed2 | 4/3/20 20:32 | PC | https://internal-origin.pornhub.com/videos/202004/03/299929482/original_299929482.mp4 | 5/6/20 8:29 | 0.0.0.0 |
| 299928812 | Straight verbal college guy | 569933911 | 0 | Removed | community | 0:16 | 3 | https://www.pornhub.com/view_video.php?viewkey=ph5e879c5ba7d79 | 4/3/20 20:29 | PC | https://internal-origin.pornhub.com/videos/202004/03/299928812/original_299928812.mov | 4/4/20 11:57 | 0.0.0.0 |
| 298266151 | verbal straight muscle guy tricked | 569933911 | 0 | Removed | community | 4:37 | 3488 | https://www.pornhub.com/view_video.php?viewkey=ph5e8126baaf69e | 3/30/20 0:51 | PC | https://internal-origin.pornhub.com/videos/202003/30/298266151/original_298266151.mov | 8/25/20 1:30 | 0.0.0.0 |
| 276686891 | Straight young verbal guy | 569933911 | 0 | Removed | community | 3:38 | 4716 | https://www.pornhub.com/view_video.php?viewkey=ph5e5e5f89a6ba3 | 1/15/20 0:41 | PC | https://internal-origin.pornhub.com/videos/202001/15/276686891/original_276686891.mov | 8/25/20 1:30 | 0.0.0.0 |
| 276686201 | Black muscle guy cums | 569933911 | 0 | Removed | private | 5:08 | 115 | https://www.pornhub.com/view_video.php?viewkey=ph5e5e5e743af4c | 1/15/20 0:37 | PC | https://internal-origin.pornhub.com/videos/202001/15/276686201/original_276686201.mov | 8/25/20 1:30 | 0.0.0.0 |
| 276686071 | Omegle verbal straight guy | 569933911 | 0 | Removed | community | 7:34 | 651 | https://www.pornhub.com/view_video.php?viewkey=ph5e5e5df4f15f | 1/15/20 0:35 | PC | https://internal-origin.pornhub.com/videos/202001/15/276686071/original_276686071.mov | 8/25/20 1:30 | 0.0.0.0 |
| 248393521 | Straight Frat boy calls me a faggot and watches me finger myself | 569933911 | 0 | Removed | community | 0:16 | 28 | https://www.pornhub.com/view_video.php?viewkey=ph5d7d207a4f42b | 9/14/19 17:18 | PC | https://internal-origin.pornhub.com/videos/201909/14/248393521/original_248393521.mov | 9/14/19 22:37 | 0.0.0.0 |
| 246882441 | Verbal Straight Guy Tricked on Omegle | 569933911 | 0 | Removed | community | 4:37 | 14886 | https://www.pornhub.com/view_video.php?viewkey=ph5d740e8353aab | 9/7/19 20:10 | PC | https://internal-origin.pornhub.com/videos/201909/07/246882441/original_246882441.mov | 1/31/20 17:54 | 0.0.0.0 |
| 202677981 | Straight Hawaiian Asian Boy Catfished | 569933911 | 0 | Removed | community | 1:03 | 566 | https://www.pornhub.com/view_video.php?viewkey=ph5c4354f7cced0 | 1/19/19 16:50 | PC | https://internal-origin.pornhub.com/videos/201901/19/202677981/original_202677981.mov | 8/25/20 1:30 | 0.0.0.0 |
| 202676501 | Ohio boy cums for me | 569933911 | 0 | Removed | community | 1:02 | 267 | https://www.pornhub.com/view_video.php?viewkey=ph5c4352a68189 | 1/19/19 16:40 | PC | https://internal-origin.pornhub.com/videos/201901/19/202676501/original_202676501.mp4 | 4/19/20 20:47 | 0.0.0.0 |
| 174453611 | Finger fucking my wet hole | 569933911 | 0 | Removed | private | 0:16 | 38 | https://www.pornhub.com/view_video.php?viewkey=ph5b49bdcd0281e | 7/14/18 9:10 | PC | https://internal-origin.pornhub.com/videos/201807/14/174453611/original_174453611.mov | 8/25/20 1:30 | 0.0.0.0 |
| 174442211 | Straight guy tricked into cumming on cam | 569933911 | 0 | Removed | community | 3:04 | 22068 | https://www.pornhub.com/view_video.php?viewkey=ph5b4993ab7a11 | 7/14/18 6:53 | PC | https://internal-origin.pornhub.com/videos/201807/14/174442211/original_174442211.mov | 8/25/20 1:28 | 0.0.0.0 |
| 174440391 | Playing with my wet hole | 569933911 | 0 | Removed | private | 0:16 | 50 | https://www.pornhub.com/view_video.php?viewkey=ph5b4998fc7e1e | 7/14/18 6:35 | PC | https://internal-origin.pornhub.com/videos/201807/14/174440391/original_174440391.mkv | 8/25/20 1:30 | 0.0.0.0 |

| ID | Ip Addresses | Logged In | Country |
|---|---|---|---|
| 569933911 | 45.43.14.104 | 8/23/20 3:56 | US |
| 569933911 | 198.8.81.38 | 8/21/20 3:21 | US |
| 569933911 | 45.43.14.94 | 8/20/20 9:44 | US |
| 569933911 | 45.43.14.86 | 8/18/20 3:55 | US |
| 569933911 | 198.8.81.36 | 8/12/20 6:53 | US |
| 569933911 | 45.43.14.76 | 8/9/20 4:41 | US |
| 569933911 | 107.181.166.86 | 8/8/20 6:15 | US |
| 569933911 | 76.173.22.142 | 8/7/20 3:55 | US |
| 569933911 | 89.187.187.87 | 8/3/20 7:33 | US |
| 569933911 | 89.187.187.72 | 7/30/20 9:12 | US |
| 569933911 | 107.181.166.38 | 7/18/20 7:28 | US |
| 569933911 | 209.58.128.51 | 6/11/20 3:19 | US |

| ID | Title | User ID | User IP | Site ID | Status | Privacy | Views Count | Front URL | Submitted On | Last Update | Cover Url | Removal Rea | Removal Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30159641 | Straight guy f | 569933911 | Unavailable | | 0 Inactive | FALSE | 1445 | https://www. | November 22 | May 27, 2020 | https://ei.phncdn.com/pics/albums/030/159/641/377030201/(m=bJWs4Lp)(mh=lGrqG_-Zhjyt6U-Z)original_377030201.jpg | | |

| Associated A | Associated A | User ID | User IP | Site ID | Status | Privacy | Views Count | Front URL | Submitted O | Upload Platfo | CI Link | Audited | Removal Rea | Removal Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 173 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 136 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 112 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 75 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 45 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 45 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 31 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 33 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 21 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 26 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 23 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 20 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 42 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 20 | https://www. | November 22 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 16 | https://www. | January 21, 2 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 42 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 32 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 37 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 23 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 18 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 22 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 19 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 16 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 20 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 21 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 20 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 23 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 20 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 35 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 22 | https://www. | March 10, 20 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 24 | https://www. | May 12, 2019 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 52 | https://www. | May 12, 2019 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 8 | https://www. | December 28 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 8 | https://www. | December 28 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 11 | https://www. | December 28 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 10 | https://www. | December 28 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 7 | https://www. | December 28 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 21 | https://www. | December 28 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 11 | https://www. | April 15, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 8 | https://www. | April 15, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | Unavailable | 0 | Unknown | FALSE | 10 | https://www. | April 15, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 6 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 8 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 6 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 7 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 7 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 9 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 12 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |
| 30159641 | Straight guy f | 569933911 | 97.115.227.2 | 0 | Unknown | FALSE | 19 | https://www. | May 27, 2020 | pc | https://ei.phr | FALSE | | |