# Exhibit 2

 Gmail                                                        Daniel Szalkiewicz <daniel@lawdss.com>

# RE: [EXTERNAL] Charter Case No. 166749
1 message

**Jackson, ShaRayne L** <ShaRayne.Jackson@charter.com>                    Fri, May 17, 2024 at 11:54 AM
To: Daniel Szalkiewicz <daniel@lawdss.com>

Charter sent subscriber notice via FedEx overnight on 2/16/2022, see FedEx label below.



Thank you,



ShaRayne Jackson, MS | Paralegal

---

**From:** Daniel Szalkiewicz <daniel@lawdss.com>
**Sent:** Friday, May 17, 2024 9:16 AM
**To:** Jackson, ShaRayne L <ShaRayne.Jackson@charter.com>

**Subject:** Re: [EXTERNAL] Charter Case No. 166749

CAUTION: The e-mail below is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance.

Yes, I am attaching my notice of appearance.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**

23 West 73rd Street, Suite 102

New York, New York 10023

Tel: (212) 706-1007

Direct Dial: (212) 760-1007

Cell: (929) 373-2735

Fax: (646) 849-0033

On Fri, May 17, 2024 at 10:15 AM Jackson, ShaRayne L <ShaRayne.Jackson@charter.com> wrote:

> Good morning,
>
> You are not listed on the legal process. Has counsel changed since the court order was served to Charter?
>
> 
>
> ShaRayne Jackson, MS | Paralegal
>
> ---
>
> **From:** Daniel Szalkiewicz <daniel@lawdss.com>
> **Sent:** Friday, May 17, 2024 8:57 AM
> **To:** Jackson, ShaRayne L <ShaRayne.Jackson@charter.com>; Koziatek, John P <C-John.Koziatek@charter.com>

**Subject:** [EXTERNAL] Charter Case No. 166749

> CAUTION: The e-mail below is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance.
>
> ShaRayne and John,
>
> I hope all is well. We represent the plaintiff in the above referenced case. On or about February 15, 2022, the account holder was placed on notice based on a subpoena that was served on Charter. We are now having an issue with whether notice was received.
>
> Is it possible for Charter to produce the notice that was sent to the account holder?
>
> Thank you very much in advance.
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Daniel Szalkiewicz & Associates, P.C.**
>
> 23 West 73rd Street, Suite 102
>
> New York, New York 10023
>
> Tel: (212) 706-1007
>
> Direct Dial: (212) 760-1007
>
> Cell: (929) 373-2735
>
> Fax: (646) 849-0033
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.