# Exhibit 3



ShaRayne Jackson
Lead Privacy Specialist, Legal

March 11, 2022

Justin Perri
Blackstone Law Group LLP
1201 Broadway
New York, NY 10001
**Re:** Charter Subscriber Information Request Dated
**Charter Case ID:** 166749
**Your Reference ID:** 20-CIV-5737

Dear Justin Perri,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 47 U.S.C. § 551, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9731. When calling, please reference Charter case number 166749.

Respectfully,

ShaRayne Jackson, Lead Privacy Specialist, Legal
ShaRayne.Jackson@charter.com
www.charter.com/lea

**SUBSCRIBER RECORD**

| | |
|---|---|
| **Target Details** | **76.173.22.142, 8/7/2020 3:55:00 AM, GMT, 0** |
| Subscriber Name: | WAYNE YAMAMOTO |
| Service Address: | 94-1053 HALEAINA ST, WAIPAHU, HI 96797-5450 |
| User Name or Features: | YAMAMOTOW015@HAWAII.RR.COM |
| **Advanced Subscriber Info** | |
| Account Number: | 8109101002295938 |
| **Equipment Details** | |
| CM MAC: | 705A9E931E66 |

STATE OF MISSOURI        )
                         )
COUNTY OF ST. LOUIS      )

## AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

## PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Lead Privacy Specialist, Legal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 76.173.22.142, 8/7/2020 3:55:00 AM, GMT, 0 in response to a lawful request dated and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

03/11/2022
_____

Date

_____

ShaRayne Jackson, Lead Privacy Specialist, Legal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea