# Exhibit 4

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-CIV-5737(DRH)(AYS)
Victor Voe v. John Does 1-9, et al.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(1))*

I received this subpoena for <u>MG FREESITES LTD</u> on April 21, 2021.

[ ] I personally served the subpoena on the individual at (place) _____
_____ on (date) _____; or

[ ] I left the subpoena at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

[X] I served the subpoena on (name of individual) <u>Polina Hadjivasiliou (Legal Manager)</u>, who is designated by the company to accept service of process on behalf of <u>MG FREESITES LTD (entity owning and operating Pornhub.com)</u> on (date) Thursday, April 22, 2021, at 11:45 a.m.;

[ ] I returned the subpoena unexecuted because _____ ; or

[ ] Other (specify):
.

My fees are $_____ for travel and $_____ for services, for a total of $_____

.
I declare under penalty of perjury that this information is true.

Date:   April 12, 2021         _____
                                Server's signature

                                <u>Gina Potrovich, Process Server</u>
                                Printed name and title

                                <u>500 King Street, Staten Island, NY 10312</u>
                                Server's address

Additional information regarding attempted service, etc
Service was made at Block 1, 195-197 Old Nicosia-Limassol Road, Dali Industrial Zone, 2540, Cyprus. The company is also known as MindGeek as has that name posted on the front of the building.