UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VICTOR VOE,

        Plaintiff,

– against –

JOHN DOES 1–9,

        Defendants.

Case No. 2:20-cv-05737-RER-AYS

**DECLARATION OF
WAYNE YAMAMOTO**

I, Wayne Yamamoto, declare as follows:

1. I have first-hand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Since 2015, I have only derived income from my work as an accountant for a hospitality business on Oahu, and brokerage accounts.

3. I have never extorted anyone for money in exchange for not posting intimate videos of a sexual nature of them online or derived any revenue from sextortion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Waipahu, Hawaiʻi on the 8 day of November, 2024.

                                                          _____
                                                               WAYNE YAMAMOTO