UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>           Plaintiff,<br><br>    – against –<br><br>JOHN DOES 1–9,<br><br>           Defendants. | Case No. 2:20-cv-05737-RER-AYS<br><br>**DECLARATION OF<br>DYLAN YAMAMOTO** |

I, Dylan K. Yamamoto, declare as follows:

1. I have first-hand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Since 2015, I have been unemployed, except for work study during college, and have never derived any revenue or income from interstate or international commerce.

3. I have never extorted anyone for money in exchange for not posting intimate videos of a sexual nature of them online or derived any revenue from sextortion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Waipahu, Hawaiʻi on the 8 day of November, 2024.

                                                                                                   DYLAN YAMAMOTO

2439689.2