# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR VOE,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-9,<br><br>        Defendants. | Case No. 20-cv-5737 |

## NOTICE OF CHANGE OF FIRM NAME

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE, that effective immediately, Daniel Szalkiewicz & Associates, P.C. has changed its name to Veridian Legal P.C. All future reference to the firm in this matter should be to Veridian Legal P.C. As a result, please use the following:

> Veridian Legal P.C.
> 23 West 73rd Street, Suite 102
> New York, NY 10023
> daniel@veridianlegal.com

The firm's addresses, phone numbers, fax numbers, have not been affected by this change.

Dated: March 14, 2025
      New York, New York

                                  VERIDIAN LEGAL P.C.

                                  ___*/s/Daniel S. Szalkiewicz*___
                                  By: Daniel S. Szalkiewicz, Esq.